```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19884
   KATHLEEN A GREENE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-7502
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/26/07 and confirmed on 12/27/07.

   2.  The case was converted to Chapter 7 after confirmation, 10/03/2008.

   3.  The Debtor paid a total of $   2800.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HOMEQ SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING | MORTGAGE ARRE | 137.43 | .00 | 137.43 |
| SPECIALIZED LOAN SERVICI | SECURED | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVICI | MORTGAGE ARRE | 1233.97 | .00 | 10.63 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4201.98 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3953.26 | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | 3872.42 | .00 | .00 |
| AMERICAN INTERNATIONAL S | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 1793.62 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SST FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1896.14 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 149.27 | .00 | .00 |
| AMERICAN GENERAL RETAIL | FILED LATE | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 77.52 | .00 | .00 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 1371.40 | 4351.25 | 11592.96 | .00 | 17315.61 |
| PRINCIPAL PAID | 148.06 | .00 | .00 | .00 | 148.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 148.06 | .00 | .00 | .00 | 148.06 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $    500.00  direct and $   2500.00  through the plan.

The Trustee received $     151.94 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE